UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TASHA HERBERT | CIVIL ACTION |
| VERSUS | |
| TANGER FACTORY OUTLET CENTERS, INC., ET AL. | NO.: 12-00186-BAJ |

### ORDER

Considering the parties' **Stipulation of Dismissal (Doc. 14)**,

**IT IS ORDERED** that Plaintiff's claims against Defendant[1] are hereby **DISMISSED WITH PREJUDICE**, each party to bear her/its own fees and costs.

Baton Rouge, Louisiana, this 4th day of January 2013.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] On November 20, 2012, Defendant Tanger Factory Outlet Centers, Inc. was dismissed from this matter. (Doc. 13.) Accordingly, the only remaining Defendant is Tanger Properties Limited Partnership. Both Plaintiff and Defendant Tanger Properties Limited Partnership now seek to dismiss this matter.